FILED
2010 May-18 PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LATITUDES, LLC, ROBERT MCLEOD, AND STEVE WEST, | ] ] ] |
| Plaintiffs, | ] ] |
| vs. | ] 7:09-CV-00662-LSC ] |
| UNITED LENDING GROUP, INC., | ] ] |
| Defendant, | ] ] |

FINDINGS AND CONCLUSIONS

THIS CAUSE, having come before the Court on Plaintiffs' Motion for Default Judgment (Doc. 10), and the Court, being otherwise fully informed, finds as follows:

1. Plaintiffs filed this lawsuit against United Lending Group, Inc. ("United"), on April 2, 2009. (Doc. 1.) Plaintiffs, following multiple efforts to perfect service by certified mail, served Michael Ruhter, United's registered agent, on November 30, 2009. (Doc. 9) Defendant failed to appear, plead, or otherwise defend. On January 7, 2010, Plaintiffs filed a Motion for Default

Judgment against United.  (Doc. 10.)  On February 2, 2010, the Clerk of this Court entered default against United.

2. Plaintiffs are entitled to the following damages: $149,700, plus interest hereafter at the prevailing legal rate per annum until paid in full, in compensatory damages to Plaintiff Latitudes, LLC; $50,000, plus interest hereafter at the prevailing legal rate per annum until paid in full, to Plaintiff Robert McLeod for mental anguish and emotional distress suffered as a result of United's improper use of his private information; $50,000, plus interest hereafter at the prevailing legal rate per annum until paid in full, to Plaintiff Steve West for mental anguish and emotional distress suffered as a result of United's improper use of his private information; $300,000, plus interest hereafter at the prevailing legal rate per annum until paid in full, in punitive damages awarded jointly to Plaintiffs.

3. By separate order, judgment by default will be GRANTED.

Done this <u>18th</u> day of May 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE